IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RANDALL C. NELSON, DEBORAH H. NELSON, WASHINGTON COUNTY TREASURER, TWO RIVERS STATE BANK,<br><br>        Defendants. | 4:13CV3095<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The motion to withdraw filed by the law firm of Abrahams Kaslow & Cassman, as counsel of record for defendants, Randall C. Nelson and Deborah H. Nelson (filing no. 18), is granted.

2) On or before September 30, 2013, defendants Randall C. Nelson and Deborah H. Nelson shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel.  The failure to do so may result in an entry of default and/or default judgment against them.

3) The clerk shall mail a copy of this order to the defendants, Randall C. Nelson and Deborah H. Nelson, 4383 County Road 21, Kennard, NE 68034.

September 12, 2013.

                                                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge