IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RANDALL NELSON, DEBORAH NELSON, WASHINGTON COUNTY TREASURER, TWO RIVERS STATE BANK,  EASTON INVESTMENTS, LLC,<br><br>                    Defendants. | 4:13CV3095<br><br>MEMORANDUM AND ORDER |

The law firm of Abrahams Kaslow & Cassman was granted leave to withdraw as counsel for defendants, Randall C. Nelson and Deborah H. Nelson on September 13, 2013.  Randall C. Nelson and Deborah H. Nelson were given until September 30, 2013 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel, and were warned that the failure to do so may result in an entry of default and/or default judgment against the non-complying defendant(s).  Randall C. Nelson and Deborah H. Nelson have failed to comply with the court's order.

Accordingly,

IT IS ORDERED:

1) Randall C. Nelson and Deborah H. Nelson are given until October 24, 2013 to show cause why the court should not enter a default and/or default judgment against them without further notice.

2) The clerk shall mail a copy of this order to the defendants, Randall C. Nelson and Deborah H. Nelson, 4383 County Road 21, Kennard, NE 68034.

3) This case is stayed pending further order of the court.  Therefore, the government's motion to stay, (Filing No. 30), is denied as moot.

October 10, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge