IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RANDALL NELSON, DEBORAH NELSON, WASHINGTON COUNTY TREASURER, TWO RIVERS STATE BANK, EASTON INVESTMENTS, LLC,<br><br>    Defendants. | 4:13CV3095<br><br>**FINDINGS AND RECOMMENDATION** |

As of September 30, 2013, Randall Nelson and Deborah Nelson had failed to comply or explain the failure to comply with the court's order requiring them to (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel.  See Filing No. 23.

On October 10, 2013, Randall Nelson and Deborah Nelson were given until October 24, 2013 to show cause why the court should not enter a default and/or default judgment against them.  Randall Nelson and Deborah Nelson were warned that the failure to comply may result in an entry and/or judgment of default against them without further notice.  See Filing No. 31.

Randall Nelson and Deborah Nelson have not responded to the show cause order.

Accordingly,

IT IS RECOMMENDED to the Honorable Warren K. Urbom, United States District Judge, pursuant to 28 U.S.C. § 636(b), that a default and/or default judgment be entered against Defendants Randall Nelson and Deborah Nelson without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

October 28, 2013.                                BY THE COURT:

                                                 *s/ Cheryl R. Zwart*
                                                 United States Magistrate Judge