IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3095 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDALL NELSON; DEBORAH NELSON; WASHINGTON COUNTY TREASURER; TWO RIVERS STATE BANK; and EASTON INVESTMENTS, LLC, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the "stipulation between United States and Two Rivers Bank" (Filing No. 62). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED the stipulation of the United States and Two Rivers Bank is approved and adopted. All terms of the stipulation are in force and effect as if fully set forth herein.

DATED this 9th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court