IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3095 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDALL NELSON; DEBORAH NELSON; WASHINGTON COUNTY TREASURER; TWO RIVERS STATE BANK; EASTON INVESTMENTS, LLC, and EMPIRE INVESTMENTS 2, LLC, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to approve the stipulation between the United States, Washington County, Two Rivers State Bank, Easton Investments, LLC., and Empire Investments 2, LLC, regarding lien priority (Filing No. 74). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted as if fully set forth herein.

2) All pretrial deadlines, including the pretrial conference and the non-jury trial are cancelled.

3) Final judgment on Count III of the First Amended Complaint and on the Supplemental Complaint, as well as the order of sale, will be entered separately.

DATED this 1st day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court